UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Aaron Ray Wolski,

    Plaintiff

v.

Mayra Garza-Wolski,

    Defendant

2:16-cv-02550-JAD-NJK

**Order Adopting in Part Report and Recommendation and Dismissing and Closing Case**

[ECF Nos. 5, 6]

    Pro se plaintiff Aaron Ray Wolski brings this action under the Hague Convention and the International Child Abductions Remedies Act ("ICARA") claiming that his son was kidnaped by his wife's family while in Mexico. Magistrate Judge Koppe recommends that I dismiss this action for lack of subject matter jurisdiction: there is no jurisdiction under the Hague Convention/ICARA because Wolski alleges that his son was in Mexico—not Nevada—when he filed this petition, and there is no diversity jurisdiction because Wolski, who resides in Nevada, sues Nevada defendants. Wolski objects.[1]

    A district judge reviews objections to a magistrate judge's proposed findings and recommendations de novo.[2] "The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions."[3] Having reviewed the magistrate judge's recommendations and Wolski's objections de novo, I agree with the magistrate judge that this court lacks subject-matter jurisdiction over this case. Wolski's objections do not undermine her reasoning or give me any relevant or legitimate basis to reject her recommendation. Accordingly,

---

[1] ECF No. 6.

[2] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003).

[3] *Id.*

1   IT IS HEREBY ORDERED that Wolski's objections **[ECF No. 6] are OVERRULED**, the
2  magistrate judge's report and recommendation **[ECF No. 5] is ADOPTED,** and this case is
3  **DISMISSED.**  The Clerk of Court is directed to CLOSE THIS CASE.
4   Dated this 31st day of March, 2017.

5
   _____
   Jennifer A. Dorsey
6  United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28